IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00406-RJC-DSC

| | |
|---|---|
| PATRICIA GRUBER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLAMETER CORPORATION, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for David M. Whitaker and Zoe Vermeulen]" (documents ##6-7) filed September 27, 2021. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 28, 2021

David S. Cayer
United States Magistrate Judge