# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:21-cv-00406-RJC-DSC

| | |
|---|---|
| PATRICIA GRUBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Order** |
| OLAMETER CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER** comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice. (DE 13). Having fully considered the foregoing Joint Motion, the Court will grant the Joint Motion.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**, and the Complaint is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

**SO ORDERED**.

Signed: June 6, 2022

Robert J. Conrad, Jr.
United States District Judge